# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00010-CV

**Owen Ratliff, Appellant**

**v.**

**Texas Mail Service, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 38,576, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Texas Mail Service, Inc. has filed a notice of settlement and agreed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Agreed Motion

Filed:   May 1, 2003